Prepared by State Reporter from Appeal Papers

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. FREDERICK W. KAUTZMAN, Appellant.

*Appeal — failure to serve record and points — motion to dismiss appeal
granted.*

*People* v. *Kautzman,* 220 App. Div. 827, appeal dismissed.
(Submitted March 26, 1928; decided April 3, 1928.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first
judicial department, entered June 24, 1927, which
affirmed a judgment of the Court of General Sessions of
the county of New York rendered upon a verdict con-
victing the defendant of the crime of unlawfully taking
fees as a public officer.

The motion was made upon the ground of failure to
serve the printed record and points on appeal.

*Joab H. Banton, District Attorney (Felix C. Benvenga* of
counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.

_____

NASSAU NATIONAL BANK OF BROOKLYN, Respondent, *v.*
JOHN A. PAUL et al., Appellants.

*Appeal — modification by Appellate Division by striking out additional
allowance of costs — appeal without permission to Court of Appeals —
motion to dismiss appeal denied.*

Reported below, 223 App. Div. 733.
(Submitted March 26, 1928; decided April 3, 1928.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the second
judicial department, entered February 23, 1928, modifying
and affirming as modified a judgment in favor of defendant
entered upon a decision of the court at a Trial Term with-
out a jury, by striking therefrom an extra allowance of
costs.

The motion was made upon the ground that no appeal